| Fill in this information to identify the case: | |
|---|---|
| Debtor name | LiveConnections.org |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ambimat Electron<br>1005 1006 Shivalik Shilp 2<br>Opp ITC Narmada Vastrapur<br>Ahmedadbad Gujarat 380015 | | | | | | $442,176.00 |
| Bauder Audio Systems<br>1196 Easton Road<br>19044 | | | | | | $19,119.54 |
| Broadcast Music INC<br>10 Music Square East<br>Nashville, TN 37203 | | | | | | $85,059.48 |
| Chase Credit Card | | | | | | $10,000.00 |
| Cronos Consulting Group<br>7851 Mission Center Court<br>Suite 108<br>San Diego, CA 92108 | | | | | | $49,975.00 |
| Delaware Valley Regional Economic Development Fund<br>1500 Market Street<br>12th Fl East Tower<br><br>Philadelphia, PA 19102 | | | | $563,142.00 | $0.00 | $563,142.00 |
| Independence Insurance<br>1901 Market Street<br>Philadelphia, PA 19103 | | | | | | $23,187.23 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Littler<br>2301 McGee Street<br>7th Floor<br>Kansas City, MO 64108 | | | | | | $12,894.50 |
| Paycor Inc<br>4811 Montgomery Road<br>Cincinnati, OH 45212 | | | | | | $34,248.50 |
| Pennsylvania Dept of Revenue<br>PO Box 280903<br><br>Harrisburg, PA 17128 | | | | $205,496.00 | $0.00 | $205,496.00 |
| Pennsylvania Liquor Control Board<br>Office of Chief Counsel<br>401 Northwest Office Building<br><br>Harrisburg, PA 17124-0001 | | | | | | $15,145.61 |
| PIDC<br>c/o Louis Lipsky, Esquire<br>Lipsky & Brandt<br>1101 Market Street, Ste. 2820<br><br>Philadelphia, PA 19107 | | | | $581,146.00 | $0.00 | $581,146.00 |
| Presser Foundation<br>c/o Kate Williams, Esquire<br>Philanthropy Partner, LLC<br>877 Andorra Road<br>Lafayette Hill, PA 19444 | | | | | | $100,000.00 |
| Ruston Kelly | | | | | | $9,810.00 |
| Southern Glazers Wine and Spirits<br>460 American Avenue<br>King of Prussia, PA 19406 | | | | | | $8,390.38 |
| SYSCO PHILADELPHIA, LLC<br>600 Packer Ave<br>Philadelphia, PA 19145 | | | | | | $79,119.74 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| University City Associates/Vitality Ener<br>220 S. 40th Street<br>Suite 201C<br>Philadelphia, PA 19104 | | | | | | $34,305.71 |
| University of Pennsylvania<br>c/o The Trustee's of University of Pennsylvania<br>3451 Walnut Street, Room 310<br>Philadelphia, PA 19104 | | | | $154,915.00 | $0.00 | $154,915.00 |
| Vintage Imports Inc<br>200 Rittenhouse Circle West #5<br><br>Bristol, PA 19007 | | | | | | $9,240.24 |
| Withum Advisory Tax Audit<br>1835 Market Street<br>Suite 1710<br>Philadelphia, PA 19103 | | | | | | $15,080.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy