**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **LiveConnections.org d/b/a World Café Live,** | : | |
| | : | |
| **Debtor.** | : | **Bankruptcy No. 26-10973(AMC)** |
| *In re:* | : | **Chapter 11** |
| | : | |
| **Real Entertainment – Philadelphia, LLC,** | : | |
| | : | |
| **Debtor.** | : | **Bankruptcy No. 26-10974(AMC)** |

**MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR AN ORDER AUTHORIZING JOINT ADMINISTRATION**

Real Entertainment – Philadelphia, LLC (the "Debtor") by and through proposed counsel, Ciardi Ciardi & Astin, and together with affiliated debtor LiveConnections.org d/b/a World Café Live (together, the "Debtors") move for an Order Authorizing Joint Administration of their respective chapter 11 bankruptcy cases (the "Motion") and in support thereof respectfully represent:

## BACKGROUND

1.      On March 10, 2026 (the "Petition Date"), the Debtors filed sperate voluntary petitions for reorganization pursuant to title 11 of chapter 11 of the United States Code, as Amended (the "Bankruptcy Code").

2.      No trustee or examiner has been appointed in the Debtors' Chapter 11 cases.  As of the date of the filing of the Motion, no creditors' committee has been appointed in either Chapter 11 case by the United States Trustee.

3.      Real Entertainment – Philadelphia, LLC is a Pennsylvania not-for-profit limited liability corporation and is the wholly owned subsidiary of affiliated Debtor LiveConnections.org

1

d/b/a World Café Live, a Pennsylvania not-for-profit corporation that operates World Café Live,
a prominent nonprofit independent music venue, educational hub, and community space in
Philadelphia, Pennsylvania.

4.      The sole member of both Debtors is Joseph Callahan.  The Debtors have the same
management and work in the same non-profit space to fund, maintain, and grow the World Café
Live experience.

5.      While the Debtors maintain separate books and records and lists of creditors, file
separate tax returns, and maintain separate existences, they operate in conjunction with each
other.

6.      The Debtors also have similar ownership structures, overlapping creditors, and the
same management structure. By way of example, Joseph Callahan is the sole member of both
Debtors.

7.      The Debtors aver that joint administration will assist in the reorganization of the
Debtors by allowing pleadings to be filed under on docket number and name.

### RELIEF REQUESTED

8.      Federal Rule of Bankruptcy Procedure 1015(b)(4) provides that "[i]f a joint
petition or two or more petitions are pending in the same court by ... (4) a debtor and an affiliate,
the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b)(4).

9.      The Debtors submit the joint administration of their bankruptcy cases places each
Debtor in a better position to reorganize its financial affairs, file and confirm their respective,
feasible Plans of Reorganization and provide a distribution to unsecured creditors of the Debtors'
estates.

10.     By and through this Motion, the Debtors seek to maintain separate records and tax identities but desire a lead docket number with respect to the above captioned proceeding and the ability to file a Joint Plan of Reorganization should they so choose.  The Debtors submit that an order authorizing the Joint Administration of the Debtors' bankruptcy cases will enhance the judicial economy and save the Debtor and their respective estates time and money.

11.     The Debtors submit that the Joint Administration of these cases should be maintained under the case number assigned to **LiveConnections.org d/b/a World Café Live**.

12.     No previous request for the relief sought herein has been made to this or any other Court.

**WHEREFORE**, the Debtors hereby respectfully request that this Court enter an Order, substantially in the form attached hereto, authorizing Joint Administration of the Debtors' bankruptcy cases pursuant to Bankruptcy Rule 1015(a).

**CIARDI CIARDI & ASTIN**

*/s/ Albert A. Ciardi, III*

Albert A. Ciardi, III, Esquire
Jennifer Cranston McEntee, Esquire
1905 Spruce Street
Philadelphia, Pennsylvania 19103
aciardi@ciardilaw.com
jcranston@ciardilaw.com
Telephone:  215-557-3550
Dated: March 11, 2026                    Facsimile:  215-557-3551

*Proposed Counsel for the Debtors*

3