## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **LiveConnections.org d/b/a World Café** | : | |
| **Live,** | : | |
| | : | |
| **Debtor.** | : | **Bankruptcy No. 26-10973(AMC)** |

## APPLICATION OF THE DEBTOR FOR AN EXTENSION OF FILING DEADLINES

LiveConnections.org d/b/a World Café Live (the "Debtor"), by and through proposed

counsel, Ciardi Ciardi & Astin, hereby presents the Debtor's Application for an Extension of

Filing Deadlines, (the "Application") and in support thereof respectfully represents as follows:

## BACKGROUND

1.      On March 10, 2026 (the "Petition Date") the Debtor filed its Voluntary Petition for

relief under Chapter 11 of Title 11 of the United States Code, as amended (the "Bankruptcy

Code").

2.      The Debtor has continued in possession of its assets and property as a Debtor-in-

Possession.

3.      The Debtor is a Pennsylvania not-for-profit corporation with a notice address of

3101 Walnut Street, Philadelphia, Pennsylvania 19104 and owns affiliated debtor Real

Entertainment – Philadelphia, LLC, a Pennsylvania not-for-profit corporation.  World Café Live

is a prominent nonprofit independent music venue, educational hub, and community space in

Philadelphia located at 3025 Walnut Street in Philadelphia.

4.      The filing deadline for the following documents is **March 24, 2026**:

   a) Atty Disclosure Statement;
   b) Schedule A;
   c) Schedule B;

d) Schedule D;
e) Schedule E/F;
f) Schedule G;
g) Schedule H ;
h) 20 Largest Unsecured Creditors;
i) Statement of Corporate Ownership;
j) List of Equity Security Holders;
k) The Statement of Financial Affairs;
l) Statistical Summary of Certain Liabilities Form B206;
m) Creditor Matrix; and any supplemental documents required pursuant to the Bankruptcy Code.

Items A-M, above, are collectively referred to herein as the "Schedules".

5.      The Debtor is in the process of compiling the information necessary to complete the Schedules to accurately determine its assets and liabilities.  The Debtor may need additional time to complete the Schedules and, therefore, out of an abundance of caution requests an extension of the filing deadline to **April 10, 2026**. While the Section 341 Meeting of Creditors has not yet been scheduled, the Debtor is aware of its obligation to provide the Schedules in advance of this scheduled meeting.

### THE BASIS FOR RELIEF AND THE REASONS THEREFOR

6.      Federal Rule of Bankruptcy Procedure 1007(c) allows for the extension of time to file the Schedules for cause shown by the movant.  See Fed. R. Bankr. P. 1007(c).

7.      As set forth above, the Debtor is aware of its obligation to file the Schedules by **March 24, 2026**, and has begun to compile the requisite information; however, the Debtor may need additional time to complete its Schedules as it continues its operations with a reduced back-office staff.

8.      Accordingly, the Debtor believes cause exists to allow the Debtor the additional time requested in the Application.

9. The Debtor believes, and therefore avers, that the extension of time requested to file the Schedules will not cause any prejudice to any creditor or other interested party. Accordingly, the Debtor requests an extension of the filing deadline to **April 10, 2026,** to file the Schedules.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court to enter an Order granting an extension of time until **April 10, 2026,** for the Debtor to file its Schedules and incorporating all ancillary filing deadlines related thereto

**CIARDI CIARDI & ASTIN**

By: */s/ Jennifer C. McEntee*
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: 215-557-3550
Facsimile: 215-557-3551
aciardi@ciardilaw.com
jcranston@ciardilaw.com

***Proposed Counsel for the Debtor***

Dated: March 12, 2026

3