**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF: Chapter 11

**LiveConnections.org**

Debtor-in-Possession Case No. **26-10973 (AMC)**

---

**STATEMENT THAT UNSECURED CREDITORS COMMITTEE HAS NOT BEEN APPOINTED**

---

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the United States Trustee due to an insufficient response to the United States Trustee communication/contact for service on the committee.

**ANDREW R. VARA,**
**UNITED STATES TRUSTEE REGION THREE**

By: */s/ John Schanne* __________
John Schanne, Trial Attorney

Dated: April 7, 2026