**Fill in this information to identify the case:**

Debtor name LiveConnections.org

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) 26-10973

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | City of Philadelphia<br>Municipal Services Building<br>1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | Adam Henaghan<br>609 S. 42nd Street<br>Apt 2R<br>Philadelphia, PA 19104 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org
Name

Case number (if known) 26-10973

**3.2** **Nonpriority creditor's name and mailing address**
Affinity Fundraising Registration
PO Box 12129
Denver, CO 80212
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,990.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Alec Martin
1205 Redwood Ave
Folsom, PA 19033
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Amanda Jackson
537 Tasker St., Apt 1
Philadelphia, PA 19148
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $520.41
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Amber Putman
2020 N. Carlisle Street
Apt 2
Philadelphia, PA 19121
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Ambimat Electron
1005 1006 Shivalik Shilp 2
Opp ITC Narmada Vastrapur
Ahmedadbad Gujarat 380015
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $442,176.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
Amy Elliott
2113 S. Opal Street
Philadelphia, PA 19145
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
Andrew Colarocco
193 Long Swamp Road
New Egypt, NJ 08533
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
Andrew Gantert
2538 S Chadwick Street
19145
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org
Name

Case number (if known) 26-10973

**3.10** **Nonpriority creditor's name and mailing address**
Ankit Patel
19 Pearson DRive
19064
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,387.62**
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
Anne Sheppard
1131 Franklyn Street
Corolla, NC 27927
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
Anne Sheppard
1131 Franklyn Street
Corolla, NC 27927
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.13** **Nonpriority creditor's name and mailing address**
Anthony Pollard
228 N. 59th Street
Philadelphia, PA 19139
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$697.73**
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
Anthony Taggert
909 W. Erie Avenue
Philadelphia, PA 19140
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
Archer & Greiner
1025 Laurel Oak Road

Voorhees, NJ 08043
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,243.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
Arway Linen
1696 Foulkrod Street
Philadelphia, PA 19124
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,637.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.17** **Nonpriority creditor's name and mailing address**
Ashley Foods
124 W Venango St
Philadelphia, PA 19140
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,332.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org
Name
Case number (if known) 26-10973

3.18 **Nonpriority creditor's name and mailing address**
Ayomide McKenna
1526 N. 15th Street
Philadelphia, PA 19121
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
Barbara Adams
8408 Chippewa Road
Philadelphia, PA 19104
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
Bauder Audio Systems
1196 Easton Road
19044
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $19,119.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
Beatrice Chenkin
403 Park Ave
Swarthmore, PA 19081
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
Bell Beverages INC
2809 South Front Street
Philadelphia, PA 19148
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,495.74
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
Bell Beverages INC
2809 South Front Street
Philadelphia, PA 19148
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
Billy Hines
2136 S. Woodstock Street
Philadelphia, PA 19104
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
Brandon Chan
2161 Longshore Ave
Philadelphia, PA 19149
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org
Name

Case number (if known) 26-10973

**3.26** **Nonpriority creditor's name and mailing address**
Brett Keller
247 N. Pine Street
Lancaster, PA 17603
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
Brian Cordova
2725 Oakford Street
Philadelphia, PA 19146
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
Brian Hexter
1918 E. Dauphin St, Apt 1R
Philadelphia, PA 19125
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
Broadcast Music INC
10 Music Square East
Nashville, TN 37203
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $85,059.48
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
Cary Johnson
618 Fern Street
Lansdowne, PA 19050
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $794.38
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
Catamount Liquids LLC
701 S 50th St
Philadelphia, PA 19143
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $959.04
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**
Chad Fain
125 Belmont Drive
Marcus Hook, PA 19061
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,749.38
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.33** **Nonpriority creditor's name and mailing address**
Chase Credit Card
Cardmembers Services
PO Box 6294
Carol Stream, IL 60197-6249
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $10,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org
Name

Case number (if known) 26-10973

3.34 **Nonpriority creditor's name and mailing address**
Christopher Kelly

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$0.00

3.35 **Nonpriority creditor's name and mailing address**
Connor Stewart
3200 Race Street
19104

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$0.00

3.36 **Nonpriority creditor's name and mailing address**
Corey Baker
1009 South 53rd Street
Philadelphia, PA 19143

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$0.00

3.37 **Nonpriority creditor's name and mailing address**
Cortez Dessus
4034 Baring Street
Apt 3
Philadelphia, PA 19104

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$1,510.08

3.38 **Nonpriority creditor's name and mailing address**
Cozzini Bros Cutlery
8430 W Bryn Mawr Ave Suite 800
Chicago, IL 60631

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$1,508.56

3.39 **Nonpriority creditor's name and mailing address**
Cronos Consulting Group
7851 Mission Center Court
Suite 108
San Diego, CA 92108

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$49,975.00

3.40 **Nonpriority creditor's name and mailing address**
Demetrius Grant
541 S. Salford Street
Philadelphia, PA 19143

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$0.00

3.41 **Nonpriority creditor's name and mailing address**
Dendar Consulting
916 Plainfield Street
Philadelphia, PA 19150

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$3,250.00


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org Case number (if known) 26-10973
Name

**3.42** **Nonpriority creditor's name and mailing address**
Dina Marchiano

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.43** **Nonpriority creditor's name and mailing address**
Donald Schell
313 Woodland Avenue
Media, PA 19063

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.44** **Nonpriority creditor's name and mailing address**
Earth Bio Technologies
50 Rices Mill Rd
Glenside, PA 19038

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $780.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.45** **Nonpriority creditor's name and mailing address**
Ecolab
53 McCullough Drive
New Castle, DE 19720

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $332.53
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**
Elizabeth Langenberg
2020 N. Carlisle Street
Philadelphia, PA 19104

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**
Emery Greenfield

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**
Enterprise Exterminiating&Supply CO LLC
4943 Wayne Avenue
Philadelphia, PA 19144

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,540.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.49** **Nonpriority creditor's name and mailing address**
Eric Blumberg

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org
Name

Case number (if known) 26-10973

**3.50** **Nonpriority creditor's name and mailing address**
Eric Muth
2050 S. Beechwood Street
Philadelphia, PA 19145
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**
Farm Art
1111 Ashland Ave
Folcroft, PA 19032
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,174.69
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**
Final Draught
c/o Nate Schlitzer
912 Spruce Street
Apt. 5
19107
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $510.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.53** **Nonpriority creditor's name and mailing address**
Gar Giles
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,461.38
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**
Garret Burke
1614 S. 6th Street
2F
Philadelphia, PA 19148
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.55** **Nonpriority creditor's name and mailing address**
Gerald
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $251.42
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.56** **Nonpriority creditor's name and mailing address**
Gerald Brinkley
233 W. 64th Ave
19126
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.57** **Nonpriority creditor's name and mailing address**
Haiden Henderson
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,307.82
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com **Best Case Bankruptcy**

Debtor LiveConnections.org Case number (if known) 26-10973
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|
| 3.58 | Hal Real<br>9 South Rockland Falls Road<br>Rockland, DE 19732<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.59 | Hal Real<br>9 South Rockland Falls Road<br>Rockland, DE 19732<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.60 | Heartland Merchants<br>1 Heartland Way<br>Jeffersonville, IN 47130<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,377.40 |
| 3.61 | Heather Baker<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,166.16 |
| 3.62 | Heidi Ploucher<br>2724 S. 16th Street<br>Philadelphia, PA 19145<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,249.64 |
| 3.63 | Hill Archive<br>140 Bradford Dr.<br>West Berlin, NJ 08091<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $102.36 |
| 3.64 | Independence Insurance<br>1901 Market Street<br>Philadelphia, PA 19103<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $23,187.23 |
| 3.65 | Jamal Sample<br>819 S. 9th Street<br>Philadelphia, PA 19147<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org
Name

Case number (if known) 26-10973

**3.66** **Nonpriority creditor's name and mailing address**
James Reilly
4515 Graystone Drive
Nazareth, PA 18064
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.67** **Nonpriority creditor's name and mailing address**
Javon Woodson
833 South 56 Street
Philadelphia, PA 19143
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**
Jawuan McCloud
2938 N. 8th Street
Philadelphia, PA 19133
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $382.41
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.69** **Nonpriority creditor's name and mailing address**
Jeffrey Gallagher
1123 Folsom Ave
Prospect Park, PA 19076
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**
Jennifer DeCesare
2301 S. 12th Street
19148
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,419.87
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.71** **Nonpriority creditor's name and mailing address**
Jeovani Perez Vitango
732 Earp Street
Philadelphia, PA 19147
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.72** **Nonpriority creditor's name and mailing address**
Jessica Hernandez
2121 S. Caelisle Street
Philadelphia, PA 19145
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.73** **Nonpriority creditor's name and mailing address**
Joe Kusy
628 Stokes Avenue
Collingswood, NJ 08108
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org
Name

Case number (if known) 26-10973

**3.74** **Nonpriority creditor's name and mailing address**
Joel Chartkoff
158 N. 21st Street, Apt 2
Philadelphia, PA 19103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$448.37**
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.75** **Nonpriority creditor's name and mailing address**
Johnson & Kendall
109 Pheasant Run
18940
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,548.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.76** **Nonpriority creditor's name and mailing address**
Jorgan Krug
214 E. Wildey Street
Philadelphia, PA 19104
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.77** **Nonpriority creditor's name and mailing address**
Josh Wertz
808 S. Warnock Street
Philadelphia, PA 19147
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.78** **Nonpriority creditor's name and mailing address**
Josiah Schulze
1509 Fitzwater Street
Philadelphia, PA 19146
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.79** **Nonpriority creditor's name and mailing address**
Julius Silvert Food Distributers
231 E Luzerne St
Philadelphia, PA 19124
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,074.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.80** **Nonpriority creditor's name and mailing address**
Justin Olmo
1335 N. Marston St
Philadelphia, PA 19121
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.81** **Nonpriority creditor's name and mailing address**
Keith Armstrong
130 E. 7th Street
19013
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org Case number (if known) 26-10973
Name

| 3.82 | **Nonpriority creditor's name and mailing address**<br>Kelvin Grant<br>933 French Street<br>Philadelphia, PA 19122<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address**<br>Kenneth Brooks<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $543.33 |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>Kenneth Brooks<br>217 N. Creighton Street<br>Philadelphia, PA 19139<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.85 | **Nonpriority creditor's name and mailing address**<br>Keyonne Edwards<br>5522 Willows Ave<br>Philadelphia, PA 19143<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>Kristen Kelleher<br>1521 N. 15th Street<br>Reading, PA 19604<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $191.47 |
| 3.87 | **Nonpriority creditor's name and mailing address**<br>LEAF Commercial Capital, Inc<br>P.O. Box 5066<br>Hartford, CT 06102-5066<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $883.65 |
| 3.88 | **Nonpriority creditor's name and mailing address**<br>Littler<br>2301 McGee Street<br>7th Floor<br>Kansas City, MO 64108<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $12,894.50 |
| 3.89 | **Nonpriority creditor's name and mailing address**<br>Lucas Jennis<br>3400 Lancaster Ave<br>Philadelphia, PA 19104<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,271.85 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org Case number (if known) 26-10973
Name

3.90 **Nonpriority creditor's name and mailing address**
Lydia Lee
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes
$0.00

3.91 **Nonpriority creditor's name and mailing address**
Manas Vesvikar
4419 Ludlow Street
Philadelphia, PA 19104
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes
$0.00

3.92 **Nonpriority creditor's name and mailing address**
Mark Wesby
1718 N. 28th Street
19121
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes
$0.00

3.93 **Nonpriority creditor's name and mailing address**
Marquis Taliaferro
436 E. Walnut Lane
19144
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes
$433.57

3.94 **Nonpriority creditor's name and mailing address**
Matthew Manser
630 N. 16th Street
Philadelphia, PA 19130
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes
$0.00

3.95 **Nonpriority creditor's name and mailing address**
Michael Coleman
2115 N. 29th Street
Philadelphia, PA 19121
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes
$37.25

3.96 **Nonpriority creditor's name and mailing address**
Michael Hanson
5357 Lindbergh Blvd
Philadelphia, PA 19143
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes
$0.00

3.97 **Nonpriority creditor's name and mailing address**
Michael Nutt
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes
$814.58


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org
Name

Case number (if known) 26-10973

**3.98** **Nonpriority creditor's name and mailing address**
Mutual of Ohama
3300 Mutual of Omaha Plaza
Omaha, NE 68175
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $792.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.99** **Nonpriority creditor's name and mailing address**
Naima Jones
2138 Elkins Avenue
Philadelphia, PA 19144
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.100** **Nonpriority creditor's name and mailing address**
Nicholas Chaves
105 Carleton Road
Wallingford, PA 19086
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.101** **Nonpriority creditor's name and mailing address**
Noel Chester
931 Catherine Street
3rd Floor
Philadelphia, PA 19147
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,103.20
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.102** **Nonpriority creditor's name and mailing address**
Oumar Dieng
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.103** **Nonpriority creditor's name and mailing address**
Patrick Poulin
534 N. 35th Street
19104
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.104** **Nonpriority creditor's name and mailing address**
Paycor Inc
4811 Montgomery Road
Cincinnati, OH 45212
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $34,248.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.105** **Nonpriority creditor's name and mailing address**
PDC Graphics
105 James Way
Southampton, PA 18966
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,534.49
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org Case number (if known) 26-10973
Name

**3.106** **Nonpriority creditor's name and mailing address**
Penn Beer Sales and Service
2801 Township Line Rd
Hatfield, PA 19440
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,459.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.107** **Nonpriority creditor's name and mailing address**
Pennsylvania Liquor Control Board
Office of Chief Counsel
401 Northwest Office Building

Harrisburg, PA 17124-0001
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $15,145.61
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.108** **Nonpriority creditor's name and mailing address**
Philadelphia Extract Company Inc
4124 Blanche Road
Bensalem, PA 19020
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,213.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.109** **Nonpriority creditor's name and mailing address**
PhilanthroPA
22 Briar Road
Oreland, PA 19075
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,535.31
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**
Please & Thank You
1909 H St
Sacramento, CA 95811-3107
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,470.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.111** **Nonpriority creditor's name and mailing address**
Prudential Savings Bank
112 S. 19th Street
19103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,084.22
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.112** **Nonpriority creditor's name and mailing address**
Rebecca Lee
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.113** **Nonpriority creditor's name and mailing address**
Rebecca Lopez
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org
Name

Case number (if known) 26-10973

**3.114** **Nonpriority creditor's name and mailing address**
Recycle Track Systems, Inc.
2261 Market St, Suite 22142
San Francisco, CA 94114
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,098.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.115** **Nonpriority creditor's name and mailing address**
Richard Ward
668 N. 52nd Street
Philadelphia, PA 19131
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.116** **Nonpriority creditor's name and mailing address**
Rob Cottman
834 Marvel Ave
Claymont, DE 19703
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.117** **Nonpriority creditor's name and mailing address**
Ruston Kelly
c/o United Talent Agency
225 Polk Avenue, Ste 130
Nashville, TN 37203
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $9,810.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.118** **Nonpriority creditor's name and mailing address**
Samuel Pantoja
721 Tasker Street, 1st Floor
Philadelphia, PA 19148
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.119** **Nonpriority creditor's name and mailing address**
Samuels and Sons Seafood
3400 South Lawrence Street
Philadelphia, PA 19148
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,673.95
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.120** **Nonpriority creditor's name and mailing address**
Santiago Jeronimo
2441 S. American St
Philadelphia, PA 19148
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.121** **Nonpriority creditor's name and mailing address**
Shane Dodd
225 S. 18th Street
Unit 622
19103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org
Name

Case number (if known) 26-10973

**3.122** **Nonpriority creditor's name and mailing address**
Sophia Porras
2130 Locust Street
Philadelphia, PA 19103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.123** **Nonpriority creditor's name and mailing address**
Southern Glazers Wine and Spirits
460 American Avenue
King of Prussia, PA 19406
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,390.38
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.124** **Nonpriority creditor's name and mailing address**
Stateside Vodka
1700 N. Hancock Street
Philadelphia, PA 19122
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,239.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.125** **Nonpriority creditor's name and mailing address**
Stephen Creedon
1455 Manor Drive
Bethlehem, PA 18015
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.126** **Nonpriority creditor's name and mailing address**
Stockertown Beverage Center
515 Main Street
Stockertown, PA 18083
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $533.52
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.127** **Nonpriority creditor's name and mailing address**
Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,491.98
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.128** **Nonpriority creditor's name and mailing address**
Sunset Appleton
15 Sahalee Drive
Asheville, NC 28804
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.129** **Nonpriority creditor's name and mailing address**
SYSCO PHILADELPHIA, LLC
600 Packer Ave
Philadelphia, PA 19145
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $79,119.74
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org Case number (if known) 26-10973
Name

| | | |
|---|---|---|
| 3.130 Nonpriority creditor's name and mailing address<br>Tahki Grady<br>413 N. Hobart Street<br>Philadelphia, PA 19131<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.131 Nonpriority creditor's name and mailing address<br>Tammy Beer<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,374.69 |
| 3.132 Nonpriority creditor's name and mailing address<br>The Artisan's Cellar<br>20 Hagerty Blvd, Ste 6<br>West Chester, PA 19382<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $3,558.64 |
| 3.133 Nonpriority creditor's name and mailing address<br>Thomas Davis<br>6219 N. 17th Street<br>Philadelphia, PA 19141<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $916.09 |
| 3.134 Nonpriority creditor's name and mailing address<br>Tobie Chau<br>3301 Arch Street<br>#R20-720<br>Philadelphia, PA 19104<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.135 Nonpriority creditor's name and mailing address<br>Trevor Sullivan<br>3400 Powelton Ave<br>Philadelphia, PA 19104<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.136 Nonpriority creditor's name and mailing address<br>Trish Quigley<br>5546 Irving Street<br>Philadelphia, PA 19139<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.137 Nonpriority creditor's name and mailing address<br>Vardhanya Sharma<br>3806 Spring Garden St<br>Philadelphia, PA 19104<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org Case number (if known) 26-10973
Name

**3.138** **Nonpriority creditor's name and mailing address**
Verizon
Verizon Wireless Bankruptcy Administration
500 Technology Drive, Suite 550
Saint Charles, MO 63304
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,432.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.139** **Nonpriority creditor's name and mailing address**
Vikram Kavuru
947 Oriental Ave
Collingswood, NJ 08108
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.140** **Nonpriority creditor's name and mailing address**
Vintage Imports Inc
200 Rittenhouse Circle West #5
Bristol, PA 19007
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $9,240.24
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.141** **Nonpriority creditor's name and mailing address**
Wash Cycle Laundry
230 S Broad St 17th Floor
Philadelphia, PA 19102
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $290.24
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.142** **Nonpriority creditor's name and mailing address**
WASTE MANAGEMENT OF PENNSYLVANIA, INC
3605 Grays Ferry Avenue
19146
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,619.73
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.143** **Nonpriority creditor's name and mailing address**
William Hines
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,111.63
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.144** **Nonpriority creditor's name and mailing address**
Windstream Enterprise
PO BOX 25310
72212
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $542.12
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor LiveConnections.org
Name

Case number (if known) 26-10973

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,080.00 |
|---|---|---|---|
| | Withum Advisory Tax Audit<br>1835 Market Street<br>Suite 1710<br>Philadelphia, PA 19103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**Part 3: List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 931,901.87 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 931,901.87 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy