# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **LiveConnections.org** | : | |
| **d/b/a World Café Live,** | : | |
| | : | **Bankruptcy No. 26-10973 (AMC)** |
| Debtor. | : | |
| *In re:* | : | **Chapter 11** |
| | : | |
| **Real Entertainment – Philadelphia, LLC,** | : | |
| | : | |
| Debtor. | : | **Bankruptcy No. 26-10974 (AMC)** |

## CERTIFICATION OF SERVICE

I, Albert A. Ciardi, III, certify that on May 26, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the Mailing List Exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated, and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1. *Fourth Interim Order Authorizing Use of Cash Collateral*

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 29, 2026

By: */s/ Albert A. Ciardi, III*
Albert A. Ciardi, III

## Mailing List Exhibit

| *Name and Address* | *Relationship of Party* | *Mode of Service* |
|---|---|---|
| See Attached Service List | | Electronic mail (email) |

*LiveConnections.org /*
*Real Entertainment – Phila, LLC*
*Chapter 11*
*Bankruptcy No. 26-10973(AMC)*
*Jointly Administered with 26-10973*

*Office of the U.S. Trustee*
*and Rule 2002 Notice Parties*

**Delaware Valley Regional Economic Fund**
c/o John C. Kilgannon, Esquire
STEVENS & LEE, P.C.
1500 Market Street
18th Floor – East Tower
Philadelphia, PA 19102
john.kilgannon@stevenslee.com

**HAJOCA 3025, Inc. c/o Faegre Drinker LLP**
c/o Jerald M. Goodman, Esquire
c/o Joseph N. Argentina, Jr., Esquire
One Logan Square – Suite 2000
Philadelphia, PA 19103
Jerald.goodman@faegredrinker.com
Joseph.argentina@faegredrinker.com

**Hal Real**
c/o Walter Weir, Jr., Esquire
Weir LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
wweir@weirlawllp.com

**National Labor Relations Board, Region Four**
c/o Nicholas S. Allen
The Wanamaker Building – Suite 403
100 East Penn Square
Philadelphia, PA 19107
Nicholas.allen@nlrb.gov

**Commonwealth of Pennsylvania**
**Department of Labor & Industry**
c/o Jenna Anne Ratica
Office of Chief Counsel
301 5th Avenue, Suite 230
Pittsburgh, PA 15222
jratica@pa.gov

**Office of the U.S. Trustee**
John H. Schanne, Esquire
Nix Federal Building
900 Market Street, Room 229
Philadelphia, PA 19107-4228
john.schanne@usdoj.gov

**PA Office of the Attorney General**
Christopher R. Momjian, Esquire
Senior Deputy Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
crmomjian@attorneygeneral.gov

**The Trustees of the University of Pennsylvania**
c/o Sarah E. Silveira, Esquire
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
sarah.silveira@faegredrinker.com

**PIDC-Local Development Corporation**
c/o Scott H. Brandt, Esquire
Lipsky and Brandt
1101 Market Street – Suite 2820
Philadelphia, PA 19107
sbrandt@lipskybrandt.com

**Commonwealth of PA – Dept. of Revenue**
**Office of Attorney General**
c/o Brenda S. Bishop, Esquire
15th Floor, Strawberry Square
4th & Walnut Streets
Harrisburg, PA 17120
bbishop@attorneygeneral.gov

**City of Philadelphia**
c/o Pamela E. Thurmond, Esquire
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102
Pamela.Thurmond@phila.gov

**The Bean Foundation**
c/o Christopher M. Lucca, Esquire
Clark Hill PLC
Two Commerce Square - Suite 2620
2001 Market Street
Philadelphia, PA 19103
clucca@clarkhill.com

**The Trustees of the University of Pennsylvania**
c/o Edward J. DeLuca, III, Esquire
Faegre Drinker Biddle & Reath LLP
One Logan Square – Suite 2000
Philadelphia, PA 19103-6996
Edward.deluca@faegredrinker.com

**PIDC – Local Development Corporation**
c/o Louis I. Lipsky, Esquire
Lipsky and Brandt
1101 Market Street - Suite 2820
Philadelphia, PA 19107
LLipsky@LipskyBrandt.com

**Samuels and Son Seafood Co., Inc**
c/o Saldutti Law Group
Brian J. Schaffer, Esq.
Rebecca K. McDowell, Esq.
1700 Market Street, Suite 1005
Philadelphia, PA 19103
bschaffer@slgcollect.com
rmcdowell@slgcollect.com

*List of 20 Largest Unsecured Creditors*

Ambimat Electron
1005 1006 Shivalik Shilp 2
Opp ITC Narmada Vastrapur
Ahmedadbad Gujarat 380015
business.development@ambimat.com

Broadcast Music Inc
10 Music Square East
Nashville, TN 37203
customerrelations@bmi.com

Cronos Consulting Group
7851 Mission Center Court, Ste 108
San Diego, CA 92108
Alex.Hart@cronoscg.com

Bauder Audio Systems
1196 Easton Road
Horsham, PA 19044
TKraus@bauderaudio.com

Independence Insurance
1901 Market Street
Philadelphia, PA 19103

Littler
2301 McGee Street
7th Floor
Kansas City, MO  64108
HRedmond@littler.com

Pennsylvania Liquor Control Board
Office of Chief Counsel
401 Northwest Office Building
Harrisburg, PA 17124
plcbloop@pa.gov

University City Associates
Vitality Energy
220 S. 40th St., Ste 201C
Philadelphia, PA  19104

Withum Advisory Tax Audit
1835 Market Street
Suite 710
Philadelphia, PA  19103
rcoyne@withum.com

Paycor, Inc.
4811 Montgomery Rd
Cincinnati, OH  45212
aante@paycor.com

Presser Foundation
c/o Katie Williams, Esquire
Philanthropy Partner, LLC
877 Andorra Rd
Lafayette Hill, PA  19444
trodgers@presserfoundation.org

University of Pennsylvania
c/o the Trustees of University of PA
3451 Walnut Street
Room 310
Philadelphia, PA  19104

Southern Glazers Wine & Spirits
460 American Avenue
King of Prussia, PA  19406
don.bercaw@sgws.com

Pennsylvania Department of Revenue
P.O. Box 280903
Harrisburg, PA  17128
crmomjian@attorneygeneral.gov

SYSCO Philadelphia, LLC
600 Packer Ave
Philadelphia, PA  19145
tubb-william@philly.sysco.com

Vintage Imports, Inc.
200 Rittenhouse Circle West #3
Bristol, PA  19007
info@vintageimportswines.com

### *Interested Parties*

Frank W. Miller, Chief
Licensing Evaluation Division
Pennsylvania Liquor Control Board
Northwest Office Building
Harrisburg, PA  17124
ra-lblicensing@pa.gov